UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD COHAN,

    Plaintiff,

CASE NO.: 9:20-cv-81365-DMM

vs.

LUFF'S FISH HOUSE, LLC
a Florida Limited Liability Company
d/b/a LUFF'S FISH HOUSE

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, LUFF'S FISH HOUSE, LLC, a Florida Limited Liability Company, d/b/a LUFF'S FISH HOUSE, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against LUFF'S FISH HOUSE, LLC, a Florida Limited Liability Company, d/b/a LUFF'S FISH HOUSE; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

RESPECTFULLY SUBMITTED November 2, 2020.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Ryan E. Willits** |
| Gregory S. Sconzo, Esq. | Ryan Willits, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 894716 |
| Sconzo Law Office, P.A. | Email: ryan@floridadirtlawyers.com |
| 3825 PGA Boulevard, Suite 207 | Willits & Associates, P.A. |
| Palm Beach Gardens, FL 33410 | 2325 N. Ocean Blvd., Second Floor |
| Telephone: (561) 729-0940 | Boca Raton, FL 33431 |
| Facsimile: (561) 491-9459 | Telephone: (561) 353-2400 |
| Email: greg@sconzolawoffice.com | Attorneys for Defendant |
| Secondary Email: alexa@sconzolawoffice.com | |
| Attorney for Plaintiff | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**