# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81365-MIDDLEBROOKS/Brannon

HOWARD COHAN,

    Plaintiff,

v.

LUFF'S FISH HOUSE, LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice, filed November 2, 2020. (DE 6). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) This case is **DISMISSED WITH PREJUDICE.**

(2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY AS MOOT** all pending motions.

(3) The Court shall retain jurisdiction for a period of six months to enforce the terms of the Parties' Settlement Agreement.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 5th day of November, 2020.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record